# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRYNA PAZ YOUNG (1),<br><br>Defendant. | Case No.: 21-cr-00925-WQH-1<br><br>JUDGMENT and ORDER DISMISSING CHARGE AGAINST DEFENDANT BRYNA PAZ YOUNG |

Upon motion of the United States, and good cause appearing thereof, the charge in the Information against Defendant BRYNA PAZ YOUNG is hereby DISMISSED without prejudice. The charge in the Information against Defendant ARTURO MIGUEL ARMENTA-GRAHAM remains pending.

IT IS SO ORDERED.

Dated: June 17, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court